# CERTIFICATE OF TITLE
## STATE OF NEW HAMPSHIRE

Exhibit B

**VEHICLE IDENTIFICATION NO.**
3VW2A7AU4FM021470
3VW2A7AU4FM021470

| MODEL YR | MFG YR | GVW | AXLES | CYL |
|---|---|---|---|---|
| | 2015 | 3813 | 2 | 4 |

**TITLE NO.**

| MAKE | MODEL | BODY STYLE | ODOMETER | NEW/USED | ISSUED DATE | PURCHASED DATE |
|---|---|---|---|---|---|---|
| VOLK | GOLF | 4DSED | 26,922 | USED | 03/06/2018 | 02/06/2018 |

**PREVIOUS TITLE AND STATE**

**MAILING ADDRESS**
CARVANA LLC
PO BOX 29002
PHOENIX AZ 850629002

**OWNER(S) NAME AND ADDRESS**
GERVAIS JENNIFER J
78 HILLCREST RD APT A
GOFFSTOWN NH 03045

**BRANDS/PERTINENT INFORMATION**

**FIRST LIENHOLDER NAME AND ADDRESS**
CARVANA LLC
PO BOX 29002
PHOENIX AZ 850629002

**SECOND LIENHOLDER NAME AND ADDRESS**

## RELEASE OF LIEN

THE LIENHOLDER ON THE VEHICLE DESCRIBED IN THIS CERTIFICATE DOES HEREBY STATE THAT THE LIEN IS RELEASED.

_____ BY _____ DATE _____
FIRM                              SIGNATURE OF AUTHORIZED AGENT

_____ BY _____ DATE _____
FIRM                              SIGNATURE OF AUTHORIZED AGENT

THE DIVISION OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE APPLICANT HEREIN NAMED IS DULY REGISTERED AS THE OWNER OF THE VEHICLE DESCRIBED ABOVE; AND THAT FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DIVISION, THE VEHICLE DESCRIBED IS SUBJECT TO THE LIENS ENUMERATED, IF ANY, AND NO OTHERS.

ELIZABETH A. BIELECKI
DIRECTOR

**VOID IF ALTERED**